AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Rawsthorne Telephone: (810) 766-5177
Special Agent: Bowling Telephone: (810) 341-5710

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Eddie Walters,

Case: 4:26-mj-30539
Judge: Ivy, Curtis
Filed: 09-03-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 6, 2026 in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841 | Possession with intent to distribute cocaine |
| 18 U.S.C. § 924(c) | Possession of a firearm during or in relation to a drug trafficking crime |
| 18 U.S.C. § 924(c) | |

This criminal complaint is based on these facts:

There is probable cause that on or about August 6, 2026, the defendant Eddie Walters, possessed with the intent to distribute cocaine base in violation of 21 U.S.C. § 841, was in possession of a firearm during and in relation to a drug trafficking crime in violation of 18 U.S. C. § 924(c), as well as being a previously convicted felon in possession of a firearm in violation of 18 U.S. C. § 922g(1).

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel Bowling, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: September 3, 2026

City and state: Flint, MI

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Daniel Bowling, a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being duly sworn, hereby declare and state:

1. I am a Special Agent with ATF and am currently assigned to the Detroit Field Division, Flint Field Office. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 21 U.S.C. § 801, et. seq. and 18 U.S.C. § 2516.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Eddie Walters.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested criminal complaint and arrest warrant. Thus, this affidavit does not set forth all my knowledge of this investigation. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. Based on the facts set forth in this affidavit, there is probable cause to believe in August of 2026, Eddie Walters (xx/xx/1973) possessed with the intent to distribute amounts of cocaine in violation of Title 21 U.S.C. § 841, being in possession of a firearm during or in relation to a drug trafficking crime Title 18 U.S. C. § 924(c) as well as being a previously convicted felon in possession of a firearm in violation of Title 18 U.S. C. § 922g (1).

5. I have been employed by the ATF since July 26, 2015. I completed Special Agent Basic Training and Criminal Investigative Training at the Federal Law Enforcement Training Center. I was previously employed as a Police Officer with the Metropolitan Nashville Police Department in Nashville, Tennessee from March of 2008 through May of 2015. During my time there, I was assigned to the Gang Unit from August of 2012 until May of 2015. My duties included, but were not limited to, conducting controlled purchases of narcotics through utilization of confidential informants, application for and execution of search warrants on persons, residences, and vehicles, debriefing confidential informants, interviewing witnesses, and proffering defendants. In addition, I analyzed toll records and led investigations that resulted in the interception of wired communications. I have testified in all levels of court proceedings, both at the state and the federal level. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to

conduct investigations and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

## PROBABLE CAUSE

6. Since January of 2025, law enforcement has been investigating Eddie Walters (hereinafter Walters). Law enforcement has utilized numerous investigative techniques in the investigation that ultimately led to execution of multiple search warrants on August 06, 2026. Specifically, agents executed a search warrant at **** Marvin St, Flint, Michigan, the residence of Walters.

7. During the search of that residence on August 06, 2026, Walters was located inside of the residence. Also located inside the location were the following:

i. Two (2) clear plastic baggies of cocaine weighing 19.6 grams (field-tested positive for the presence of cocaine).

ii. Multiple rounds of ammunition and loaded magazines

iii. One (1) Glock 43 9mm pistol SN: AGEG875 loaded with 9 rounds inside an extended magazine

iv. One (1) Smith and Wesson MP40 .40 caliber pistol SN: DWL1016 loaded with 15 rounds of ammunition

v. One (1) Hatsan Arms 12-gauge semi-automatic shotgun SN: 7024PL002270.

8. Based on my training and experience, individuals that are caught with this amount of narcotics is indicative of the sale and delivery of narcotics. In addition, Troopers also recovered a digital scale from the vehicle which, based on my training and experience, is used to weigh illicit narcotics for sale. I am also aware that drug dealers will possess firearms in order to protect their drugs and the money made from the sale of drugs in order to deter theft from customers or robberies from rival dealers or other individuals looking to steal property.

9. A query of Walters criminal history identified that Walters has federal convictions for violating 21 U.S.C. § 814 in 1995 and a conviction for violating 18 U.S.C. § 924(c) in 2018.

10. Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that in August of 2026, Walters possessed with the intent to distribute cocaine base in violation of 21 U.S.C. § 841, was in possession

of a firearm during and in relation to a drug trafficking crime in violation of 18 U.S. C. § 924(c), as well as being a previously convicted felon in possession of a firearm in violation of Title 18 U.S. C. § 922g(1).

Daniel Bowling, Special Agent
ATF

Sworn to before me and signed in my presence and/or by reliable electronic means on this 3rd day of September 2026.

Hon. Curtis Ivy, Jr.
United States Magistrate Judge